UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HAWKER BEECHCRAFT GLOBAL
CUSTOMER SUPPORT CORPORATION
f/k/a HAWKER BEECHCRAFT SERVICES, INC.,

    Plaintiff,        Case No: 8:14-cv-02865-EAK-TBM

v.

EAGLE SUPPORT, CORP.,

    Defendant.
_____/

## FINAL JUDGMENT

It is hereby ORDERED AND ADJUDGED as follows:

1. HAWKER BEECHCRAFT GLOBAL CUSTOMER SUPPORT CORPORATION d/b/a HAWKER BEECHCRAFT SERVICES, INC.'s Unopposed Motion for Entry of Final Judgment (Doc. 21) is **GRANTED**.

2. A judgment is hereby entered in favor of HAWKER BEECHCRAFT GLOBAL CUSTOMER SUPPORT CORPORATION d/b/a HAWKER BEECHCRAFT SERVICES, INC. and against EAGLE SUPPORT, CORP. in the amount of One Million Two Hundred Seventy Two Thousand Two Hundred Seventy Six Dollars and 60/100 ($1,272,276.60).

3. For which let execution issue.

DONE AND ORDERED in Tampa, Florida, this 6th day of April, 2015.

THE HONORABLE ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

1

Conformed copies furnished to:
Counsel of record